UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| LINDA BOHNENKAMP, et al, ) | |
| ) | CASE NO. C15-4257-LTS |
| Plaintiffs, ) | |
| ) | |
| vs. ) | JUDGMENT |
| ) | |
| AVERA HEALTH, a South Dakota Corporation, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED THAT:

This action is dismissed for lack of subject matter jurisdiction. Plaintiffs take nothing and this case is dismissed.

DATED: June 8, 2016    Robert L. Phelps
　　　　　　　　　　　　　Clerk of Court, US District Court
　　　　　　　　　　　　　Northern District of Iowa

　　　　　　　　　　　　　S/src
　　　　　　　　　　　　　By: Deputy Clerk